SHELLEY G. BRYANT, State Bar No. 222925
AMANDA B. WHITTEN, State Bar No. 251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, CA 93711
Tel: 559.494.4910
Fax: 559.421.0369

Attorneys for Plaintiff MARYHELEN LEANOZ

DANIELL OCHS, State Bar No. 178677
BECKI D. GRAHAM, State Bar No. 238010
DANIELLE A. HINTON, State Bar No. 273469
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel: 415.442.4810
Fax: 415.442.4870

Attorneys for Defendant Wal-Mart Associates, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYHELEN LEANOZ, | Case No.  1:15-cv-00365---SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FED. R. CIV. P. 41(A)(1)(A)(ii)** |
| v. | |
| WAL-MART ASSOCIATES, INC., a Delaware corporation, and Does 1 through 20, inclusive | (Doc. 17) |
| Defendant. | |

Plaintiff Maryhelen Leanoz and Defendant Wal-Mart Associates, Inc., by their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

1 IT IS SO STIPULATED:

2 DATED: October 13, 2015                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

3

4

5                                            By: */s/ Becki D. Graham*
                                                 DANIELLE OCHS
                                                 BECKI D. GRAHAM
6                                                DANIELLE A. HINTON

7                                            Attorneys for Defendant
                                             WAL-MART ASSOCIATES, INC.
8

9 DATED: October 13, 2015                    BRYANT WHITTEN LLP

10

11
                                             By: */s/ Shelley G. Bryant (authorized on 10/13)*
12                                               SHELLEY G. BRYANT
                                                 AMANDA B. WHITTEN

13                                           Attorneys for Plaintiff
                                             MARYHELEN LEANOZ
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1. The entire matter is DISMISSED with prejudice as to all Defendants; and
2. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **October 16, 2015**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE